UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

YVONNE BOWLES,

        Plaintiff,

  v.                                      Civil Action 2:23-cv-717
                                                Judge James L. Graham
                                                Magistrate Judge Chelsey M. Vascura

TRANSUNION LLC, *et al.*,

        Defendants.


**ORDER**

    This matter is before the Court on Defendant Experian Information Solutions, Inc.'s Motion for Leave to File Certain Exhibits Under Seal. (ECF No. 36.) Therein, Experian seeks leave to file certain exhibits to its Motion for Sanctions (ECF No. 35) under seal, asserting that those exhibits contain Plaintiff's detailed financial information, including her credit reports, as well as her social security number and driver's license. (*Id.*)

    Based on these representations, the undersigned concludes that the exhibits in question contain sensitive and confidential information that should be shielded from public access. Accordingly, Experian's Motion (ECF No. 36) is **GRANTED**. Experian shall file Exhibits A, D, F, G, I, J, and L to the Declaration of Christina Hamilton in support of its Motion for Sanctions **UNDER SEAL**. However, the Court is mindful that sealing of documents should be narrowly tailored and no broader than necessary. *See Shane Grp., Inc. v. Blue Cross Blue Shield of Michigan*, 825 F.3d 299, 305 (6th Cir. 2016). Accordingly, Experian shall also, **WITHIN SEVEN DAYS** of making its filings under seal, file redacted versions of the exhibits on the

public docket, redacting only that information constituting Plaintiff's financial and personally identifying information as described in Experian's Motion.

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE